McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jul 13, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-MJ-00096 DB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FOR LIMITED DISCLOSURE OF SEALED DOCUMENTS |
| v. | **UNDER SEAL** |
| TANG JUAN, | |
| Defendant. | |

Having considered the United States' motion for limited disclosure of the sealed criminal complaint and arrest warrant in the above-entitled matter, the Court hereby ORDERS the following:

1. The criminal complaint and arrest warrant shall be unsealed for the limited purpose of disclosure to relevant individuals within the United States Government, including representatives of the United States Department of State, in order to coordinate federal law enforcement and national security activity;

2. The United States Department of Justice may transmit a copy of the sealed criminal complaint and arrest in the above-entitled matter to relevant individuals within the United States Government, including representatives of the United States Department of State; and,

///

///

///

///

3. The criminal complaint and arrest warrant shall remain SEALED for all other purposes.

Dated: 7/13/2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE